# Court of Appeals
# of the State of Georgia

ATLANTA, June 14, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0708. IN RE ESTATE OF KENETHERAL DEKOVEN.**

Lavette Wright directly appeals a Fulton County Probate Court order removing her as a guardian of her adult son. However, the record transmitted to this Court contains no transcript of the removal hearing. Instead, we received an audio recording of the removal hearing. This audio recording is not an adequate substitute for a written transcript. *See* Court of Appeals rules 18 (e) and 19.

"Where an appeal is taken which draws in question the transcript of the evidence and proceedings, it shall be the duty of the appellant to have the transcript prepared at his expense." *Brown v. Frachiseur*, 247 Ga. 463, 464 (277 SE2d 16) (1981) (citations and punctuation omitted). *See also* OCGA § 5-6-41 (c). Because the appellant failed to produce and file a transcript of the proceedings at issue, this case is REMANDED to the Fulton County Probate Court. It is ordered that should the Appellant file the transcript of the removal hearing, the Clerk of the Fulton County

Probate Court shall transmit the record and the transcript to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office,*
*Atlanta,　06/14/2019　*
　　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*